Official Form 3
(12/03)

# United States Bankruptcy Court
## Northern District of Illinois

In re: Brenda Ford

SS#-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                                Debtor(s)

Case No. 05-04387

Chapter 13

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the Filing Fee amounting to $ __194.00__ in installments.

2. I certify that I am unable to pay the Filing Fee except in installments.

3. I further certify that I have not paid any money or transferred any property to an attorney for services in connection with this case and that I will neither make any payment nor transfer any property for services in connection with this case until the filing fee is paid in full.

4. I propose the following terms for the payment of the Filing Fee.*

   $ __$50.00__   Check one   ■ With the filing of the petition, or
                              ☐ On or before _____

   $ __$50.00__ on or before __2-28-05__

   $ __$50.00__ on or before __3-28-05__

   $ __$44.00__ on or before __4-28-05__

*FILED
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
MAR 2 1 2005
KENNETH S. GARDNER, CLERK
BY REP - KLY*

* The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installment when due my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

Date _____                Signature /s/ Brenda Ford
                                           Debtor

/s/ Laurance Stefans
Attorney for Debtor(s)
Laurance Stefans
Stefans, Stefans & Stefans
134 N. LaSalle Street
Chicago, Illinois
60602,
312-726-0174
Fax: 312-726-0276
astefans@ameritech.net

Software Copyright (c) 1996-2004 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy